IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EMILY WALSH, individually and on behalf of all others similarly situated,**<br><br>      **Plaintiff,**<br><br>   -v-<br><br>**SUNDANCE VACATIONS, INC.,**<br><br>      **Defendant.** | Civil Case Number:  3:21-cv-10755-MAS-LHG |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   June 29, 2021

/s/ Ari Hillel Marcus
Ari Hillel Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: ari@marcuszelman.com

*Attorneys for Plaintiff*
*Emily Walsh*

So Ordered this 6th day of July, 2021.

_____
**Honorable Michael A. Shipp, U.S.D.J.**